IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KENDRA CARRENO, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:08-00747 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| DOJI, INC. d/b/a DEMOS' STEAK AND SPAGHETTI HOUSE d/b/a DEMOS' RESTAURANT, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

In accordance with the Memorandum filed herewith, Defendant's motion for summary judgment (Docket Entry No. 15) is **GRANTED**. Plaintiff's claims are hereby **DISMISSED** with prejudice. In addition, Defendant's motions in limine (Docket Entry Nos. 26 & 28) are **DENIED** as moot.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 29th day of October, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge